UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR; JULIE SU, *in her official capacity as Acting Secretary of Labor*, JESSICA LOOMAN, *in her official capacity as Administrator of the Wage and Hour Division*; UNITED STATES DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION, <br><br> Defendants. | Case No. 2:24-cv-00347-EEF-MBN <br><br><br> **PLAINTIFF'S MOTION FOR ADMISSION PRO HAC VICE FOR REILLY STEPHENS** |

## MOTION

James Baehr, Esq., local counsel for Plaintiff Frisard's Transportation, L.L.C., respectfully moves this Court for admission pro hac vice of Reilly Stephens as co-counsel of record for Plaintiff. In support of this motion, movant represents as follows:

1. Movant, James Baehr, is a member in good standing of the bar of this Court.

2. Reilly Stephens is an active member in good standing of the State Bar of Maryland. Attached hereto as Exhibit 1 is a Certificate of Good Standing for Reilly Stephens issued by the Supreme Court of the State of Maryland.

3. This admission pro hac vice is for the purpose of representing Plaintiff in the above-captioned case. Movant is unaware of any reason why Reilly Stephens might be deemed unfit or unqualified for pro hac vice admission to this Court.

1

4. Pursuant to Local Rule 82.2.5, declaration of Reilly Stephens is attached as Exhibit 2.

5. The Electronic Case Filing System Attorney Registration Form for Reilly Stephens is attached as Exhibit 3.

Dated: February 13, 2024

*James Baehr*
_____
James Baehr (LSBA 35431)
Sarah Harbison (LSBA 31948)
PELICAN CENTER FOR JUSTICE
PELICAN INSTITUTE FOR PUBLIC POLICY
400 Poydras Street, Suite 900
New Orleans, LA 70130
Telephone: (504) 475-8407
james@pelicaninstitute.org
sarah@pelicaninstitute.org

M.E. Buck Dougherty III* TN BPR #022474
*Trial Attorney* designation LR 11.2
Reilly Stephens*
LIBERTY JUSTICE CENTER
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
(312) 637-2280 - telephone
bdougherty@libertyjusticecenter.org
rstephens@libertyjusticecenter.org
* *Pro hac vice admission to be sought by visiting attorneys pursuant to LR 83.2.5*

*Attorneys for Plaintiff Frisard's Transportation L.L.C.*