UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR; JULIE SU, *in her official capacity as Acting Secretary of Labor*, JESSICA LOOMAN, *in her official capacity as Administrator of the Wage and Hour Division*; UNITED STATES DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION, <br><br> Defendants. | Case No. 2:24-cv-00347-EEF-MBN <br><br><br> **DECLARATION OF REILLY STEPHENS IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to 28 U.S.C. § 1746, I, Reilly Stephens, make the following declaration under penalty of perjury:

1. This declaration is based on my personal knowledge, information, and belief.

2. I am a resident of the District of Columbia. I am over eighteen (18) years of age and suffer from no legal incapacity. I do not maintain my residence or my principal place of business in the Eastern District of Louisiana.

3. I was admitted to the State Bar of Maryland on December 14, 2017.

4. I am currently employed as Counsel at the Liberty Justice Center, a nonprofit public interest firm headquartered at 440 N. Wells Street, Suite 200, Chicago, Illinois 60654.

5. I have never before requested admission pro hac vice to the United State

District Court for the Eastern District of Louisiana.

6. No disciplinary proceedings or criminal charges have been instituted against me in any court or jurisdiction.

7. James Baehr and Sarah Harbison have agreed to act as local counsel pursuant to Local Rule 83.2.5.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: February 13, 2024

Reilly Stephens
LIBERTY JUSTICE CENTER
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
(312) 637-2280 - telephone
bdougherty@libertyjusticecenter.org
rstephens@libertyjusticecenter.org

*Attorney for Plaintiff Frisard's Transportation L.L.C.*

2

PLAINTIFF'S EXHIBIT
2