## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

FRISARD'S TRANSPORTATION, L.L.C.,

      Plaintiff,

      v.

UNITED STATES DEPARTMENT OF LABOR;
JULIE SU, *in her official capacity as Acting Secretary of Labor*, JESSICA LOOMAN, *in her official capacity as Administrator of the Wage and Hour Division*; UNITED STATES DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION,

      Defendants.

Case No. 2:24-cf-00347

Judge Eldon E. Fallon
Magistrate Judge Michael North

## ORDER

Upon consideration of Plaintiff's Motion for Admission *Pro Hac Vice* of Reilly Stephens, it is this ____ day of _____, 2024, hereby

ORDERED that said motion is GRANTED, and that Reilly Stephens is granted *pro hac vice* admission as counsel for Plaintiff Frisard's Transportation, L.L.C. in the above captioned case.

_____
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA