UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR; JULIE SU, *in her official capacity as Acting Secretary of Labor*, JESSICA LOOMAN, *in her official capacity as Administrator of the Wage and Hour Division*; UNITED STATES DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION, <br><br> Defendants. | Case No. 2:24-cf-00347 <br><br> Judge Eldon E. Fallon <br> Magistrate Judge Michael North |

## ORDER

Upon consideration of Plaintiff's Motion for Admission *Pro Hac Vice* of Reilly Stephens,

**IT IS HEREBY ORDERED** that said motion is **GRANTED**, and that Reilly Stephens is granted *pro hac vice* admission as counsel for Plaintiff Frisard's Transportation, L.L.C. in the above captioned case.

New Orleans, Louisiana, this 15th day of February, 2024.

_____
United States District Judge