# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| **FRISARD'S TRANSPORTATION, L.L.C.**<br><br>*Plaintiff*<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF LABOR; JULIE SU, in her official capacity as Act- ing Secretary of Labor; JESSICA LOOMAN, in her official capacity as Administrator of the Wage and Hour Division; UNITED STATES DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION**<br><br>*Defendant* | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:24-cv-00347-EEF-MBN |

## AFFIDAVIT OF SERVICE

I, Bryan Johnson, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to U.S. Attorney, Eastern District of Louisiana Civil Division in Orleans Parish, LA on February 15, 2024 at 3:48 pm at 650 Poydras Street, Suite 1600, New Orleans, LA 70130 by leaving the following documents with Jane Doe (Refused Name) who as Front Desk Receptionist is authorized by appointment or by law to receive service of process for U.S. Attorney, Eastern District of Louisiana Civil Division.

Complaint
Cover Sheet
Summons

Additional Description:
Lady at the front desk received the documents

Black or African American Female, est. age 35-44, glasses: N, Black hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".

Geolocation of Serve: https://google.com/maps?q=29.9501860096,-90.0701436459  
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Orleans Parish,

LA on 2/16/2024.

/s/ *Bryan Johnson*

Signature  
Bryan Johnson  
+1 (504) 657-2191



