UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C.; LOUISIANA MOTOR TRANSPORT ASSOCIATION, INCORPORATED; A & B GROUP, INC.; NORTHLAKE MOVING AND STORAGE, INC.; TRIPLE G. EXPRESS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR; JULIE SU, *in her official capacity as Acting Secretary of Labor*; JESSICA LOOMAN, *in her official capacity as Administrator of the Wage and Hour Division*; UNITED STATES DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION, <br><br> Defendants. | Case No. 2:24-cv-00347 |

### PLAINTIFF NORTHLAKE MOVING AND STORAGE, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Northlake Moving and Storage, Inc. makes the following disclosures:

1. Is the disclosing party a nongovernmental corporate party?

**RESPONSE: Yes**

If "Yes," respond to the following:

a. Identify any parent corporation and any publicly held corporation owning 10% or more of its stock, or

b. State that there is no such corporation.

**RESPONSE: There is no such corporation.**

2. Is the disclosing party either a party or an intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)?

**RESPONSE: No**

3. Plaintiff's counsel acknowledges a continuing obligation to "promptly file a supplemental statement if any required information changes." Fed. R. Civ. P. 7.1(b)(2).

| | |
|---|---|
| Dated: March 7, 2024 | /s/ James Baehr<br>James Baehr (LSBA 35431)<br>Sarah Harbison (LSBA 31948)<br>PELICAN CENTER FOR JUSTICE<br>PELICAN INSTITUTE FOR PUBLIC POLICY<br>400 Poydras Street, Suite 900<br>New Orleans, LA 70130<br>Telephone: (504) 475-8407<br>james@pelicaninstitute.org<br>sarah@pelicaninstitute.org<br><br>M.E. Buck Dougherty III* TN BPR #022474<br>*Trial Attorney* designation LR 11.2<br>Reilly Stephens*<br>LIBERTY JUSTICE CENTER<br>440 N. Wells Street, Suite 200<br>Chicago, Illinois 60654<br>Telephone: (312) 637-2280<br>bdougherty@libertyjusticecenter.org<br>rstephens@libertyjusticecenter.org<br>*\* Pro hac vice admission to be sought by visiting attorneys pursuant to LR 83.2.5*<br><br>*Attorneys for Plaintiffs* |