UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C.; LOUISIANA MOTOR TRANSPORT ASSOCIATION, INCORPORATED; A & B GROUP, INC.; NORTHLAKE MOVING AND STORAGE, INC.; TRIPLE G. EXPRESS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR; JULIE SU, *in her official capacity as Acting Secretary of Labor*; JESSICA LOOMAN, *in her official capacity as Administrator of the Wage and Hour Division*; UNITED STATES DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION,<br><br>Defendants. | Case No. 2:24-cv-00347 |

## PLAINTIFF TRIPLE G. EXPRESS, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Triple G. Express, Inc. makes the following disclosures:

1. Is the disclosing party a nongovernmental corporate party?

**RESPONSE: Yes**

If "Yes," respond to the following:

a. Identify any parent corporation and any publicly held corporation owning 10% or more of its stock, or

b. State that there is no such corporation.

1

**RESPONSE: There is no such corporation.**

2. Is the disclosing party either a party or an intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)?

**RESPONSE: No**

3. Plaintiff's counsel acknowledges a continuing obligation to "promptly file a supplemental statement if any required information changes." Fed. R. Civ. P. 7.1(b)(2).

Dated:  March 7, 2024

/s/ James Baehr
James Baehr (LSBA 35431)
Sarah Harbison (LSBA 31948)
PELICAN CENTER FOR JUSTICE
PELICAN INSTITUTE FOR PUBLIC POLICY
400 Poydras Street, Suite 900
New Orleans, LA 70130
Telephone: (504) 475-8407
james@pelicaninstitute.org
sarah@pelicaninstitute.org

M.E. Buck Dougherty III* TN BPR #022474
*Trial Attorney* designation LR 11.2
Reilly Stephens*
LIBERTY JUSTICE CENTER
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
Telephone: (312) 637-2280
bdougherty@libertyjusticecenter.org
rstephens@libertyjusticecenter.org
* *Pro hac vice admission to be sought by visiting attorneys pursuant to LR 83.2.5*

*Attorneys for Plaintiffs*