UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C.; LOUISIANA MOTOR TRANSPORT ASSOCIATION, INCORPORATED; A & B GROUP, INC.; NORTHLAKE MOVING AND STORAGE, INC.; TRIPLE G. EXPRESS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF LABOR; JULIE SU, *in her official capacity as Acting Secretary of Labor*; JESSICA LOOMAN, *in her official capacity as Administrator of the Wage and Hour Division*; UNITED STATES DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION, <br><br>Defendants. | **Case No. 2:24-cv-00347** <br><br> Section L <br><br> District Judge Fallon <br><br> Magistrate Judge North |

### PLAINTIFFS' EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

The Plaintiffs—four Louisiana-based businesses in the trucking industry and one organization that advocates for them in Baton Rouge and Washington, D.C.—pursuant to Fed. R. Civ. P. 65 and LR 5.2, respectfully move this Court for a Temporary Restraining Order ("TRO") to postpone the effective date of the U.S. Department of Labor's new independent contractor classification rule—"Employee or Independent Contractor Classification Under the Fair Labor Standards Act," 89 FR 1638 (the "2024 Rule"), before it goes into effect on **March 11, 2024**.

1

In support of this Motion, Plaintiffs rely on the following:

1. The Memorandum in support of this Motion, filed contemporaneously herewith;

2. The First Amended Complaint filed today on March 7, 2024, ECF No. 9[1];

3. The following supporting Exhibits attached hereto:

- **Exhibit 1** – Declaration of Cully Frisard
- **Exhibit 2** – Declaration of Renee Amar
- **Exhibit 3** – Declaration of Burton Baty
- **Exhibit 4** – Declaration of Larry Terrell
- **Exhibit 5** – Declaration of Randy Guillot
- **Exhibit 6** – [Proposed] Temporary Restraining Order

4. And all further evidence necessary to support this Motion, filed hereafter or presented at any hearing on this Motion, including, but not limited to, a separate Motion for Preliminary Injunction to be filed later with the Court.

## RELIEF REQUESTED

Plaintiffs request a TRO to preserve the status quo during the pendency of any decision on a Preliminary Injunction or the First Amended Complaint. The status quo is the 2021 Rule, 86 FR 1168, which "became effective as of March 8, 2021, the

---

[1] Pursuant to Fed. R. Civ. P. 15(a), the original plaintiff, Frisard's Transportation, L.L.C., is allowed to amend a pleading once as a matter of course within 21 days after serving the complaint. *See* Affidavit of Service, ECF No. 8 (providing that service was perfected on February 15, 2024). Today the amended complaint was filed adding four additional parties to the lawsuit. *See* ECF No. 9.

rule's original effective date, and remains in effect." *See Coal. for Workforce Innovation v. Walsh*, 2022 U.S. Dist. LEXIS 68401, *49 (E.D. Tex. Mar. 14, 2022).

Plaintiffs request a waiver of any bond required by Federal Rule of Civil Procedure 65(c), as these issues involve the Administrative Procedure Act, and there is no financial impact on the Defendants. *See Kaepa, Inc. v. Achilles Corp.*, 76 F.3d 624, 628 (5th Cir. 1996) (recognizing district courts have discretion to waive the bond requirement of Rule 65(c)).

Plaintiffs request that the Court issue a TRO against Defendants and their agents, servants, employees, attorneys, and all persons and entities directly or indirectly in active concert or participation with them, and to:

A. Postpone the effective date of the 2024 Rule, which takes effect on Monday, March 11, 2024;

B. Restrain and enjoin them from enforcing the 2024 Rule; and

C. Restrain and enjoin them from rescinding the 2021 Rule.

**WHEREFORE**, Plaintiffs request that the Court issue a TRO to postpone the effective date of the 2024 Rule, before it goes into effect on **March 11, 2024**.

Dated: March 7, 2024          Respectfully submitted,

         /s/ James Baehr
James Baehr (LSBA 35431)
Sarah Harbison (LSBA 31948)
PELICAN CENTER FOR JUSTICE
PELICAN INSTITUTE FOR PUBLIC POLICY
400 Poydras Street, Suite 900
New Orleans, LA 70130
Telephone: (504) 475-8407
james@pelicaninstitute.org
sarah@pelicaninstitute.org

M.E. Buck Dougherty III* TN BPR #022474
*Trial Attorney* designation LR 11.2
Reilly Stephens*
LIBERTY JUSTICE CENTER
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
Telephone: (312) 637-2280
bdougherty@libertyjusticecenter.org
rstephens@libertyjusticecenter.org
*\* Pro hac vice admission to be sought by visiting attorneys pursuant to LR 83.2.5*

    *Attorneys for Plaintiffs*

## **CERTIFICATE OF CONFERENCE**

No counsel has appeared for Defendants, despite service of process pursuant to Federal Rule of Civil Procedure 4(i) on February 15, 2024. *See* ECF No. 8.

However, after Defendants were served, Plaintiffs' counsel notified counsel with the Department of Justice via electronic mail on February 22, 2024, as a courtesy and to provide copies of the original complaint and affidavit of service of the complaint. At that time, Plaintiffs' counsel generally notified DOJ counsel that they intended to seek injunctive relief soon but did not provide a specific date. DOJ Attorney Lisa Olson, Esq. responded with her own email and thanked Plaintiffs' counsel for the courtesy and advance notice. Plaintiffs' counsel have had no further communication with DOJ counsel.

But in accordance with the Certificate of Service that follows, Plaintiffs' counsel will be providing all filings today to DOJ counsel via email, including this Motion and supporting papers.

    /s/ James Baehr
James Baehr (LSBA 35431)
Sarah Harbison (LSBA 31948)
PELICAN CENTER FOR JUSTICE
PELICAN INSTITUTE FOR PUBLIC POLICY
400 Poydras Street, Suite 900
New Orleans, LA 70130
Telephone: (504) 475-8407
james@pelicaninstitute.org
sarah@pelicaninstitute.org

5

                    M.E. Buck Dougherty III* TN BPR #022474
*Trial Attorney* designation LR 11.2
Reilly Stephens*
LIBERTY JUSTICE CENTER
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
Telephone: (312) 637-2280
bdougherty@libertyjusticecenter.org
rstephens@libertyjusticecenter.org
\* *Pro hac vice admission to be sought by visiting attorneys pursuant to LR 83.2.5*

   *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2024, I electronically filed the foregoing document through the Court's ECF system. Moreover, although Defendants' counsel have yet to file notices of appearance in this case, I further served the foregoing document, along with the attachments, upon counsel with the United States Department of Justice on March 7, 2024, via electronic mail, as follows:

Lisa Olson, Esq.
U.S. Department of Justice, Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-514-5633
Fax: 202-616-8460
E-Mail: lisa.olson@usdoj.gov


Alexis Echols, Esq.
U.S. Department of Justice
110 L Street, NW
Washington, D.C. 20005
Telephone: 202-305-8613
Fax: 202-616-8470
E-Mail: alexis.j.echols@usdoj.gov


                                                  /s/ James Baehr