# Exhibit 5

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C.; LOUISIANA MOTOR TRANSPORT ASSOCIATION, INCORPORATED; A & B GROUP, INC.; NORTHLAKE MOVING AND STORAGE, INC.; TRIPLE G. EXPRESS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF LABOR; JULIE SU, *in her official capacity as Acting Secretary of Labor*; JESSICA LOOMAN, *in her official capacity as Administrator of the Wage and Hour Division*; UNITED STATES DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION, <br><br>Defendants. | Case No. 2:24-cv-00347 <br><br>Section L <br><br>District Judge Fallon <br><br>Magistrate Judge North |

## DECLARATION OF RANDY GUILLOT ON BEHALF OF TRIPLE G. EXPRESS, INC. IN SUPPORT OF PLAINTIFFS' MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to 28 U.S.C. § 1746, I, Randy Guillot, declare:

1. I am a United States citizen over the age of 18 years. If called upon to testify in this matter, I would do so as follows:

2. I am employed by Triple G. Express, Inc. ("Triple G") and submit my Declaration on behalf of Triple G in support of Plaintiffs' motions for temporary restraining order and preliminary injunction.

3. Triple G is a family-owned trucking company that has operated since 1985, and is an intermodal carrier serving the Port of New Orleans Markets.

4. Triple G transports cargo throughout the Southeastern United States, including Louisiana, Texas, Mississippi, and Alabama, wherever their clients and customers need cargo delivered.

5. Triple G is an employer subject to the FLSA, the 2021 Rule, and the 2024 Rule, and it relies on independent contracting labor as a core necessity of its business.

6. Triple G has relied on the 2021 Rule since its effective date of March 8, 2021, when classifying its independent contracting labor.

7. Triple G has gross sales of more than $500,000 per year, frequently hauls goods across state lines, and frequently employs independent contractors to drive trucks to fulfill its customers' needs.

8. Triple G contracts with 100 independent drivers who own their own trucks, decide which loads to carry or not, and who are paid based on an agreed-upon schedule, plus reimbursable expenses such as fuel.

9. Triple G utilizes only independent owner-operators to make deliveries and employs no in-house drivers.

10. Triple G's use of independent owner-operators is beneficial to both Triple G's itself, who is able to operate more efficiently and reduce excess costs, and to Triple G's independent contractors, who assume more responsibility for their own business operations but gain autonomy and the opportunity to derive greater profit from their work.

11. Triple G will incur substantial financial injury with no guarantee of eventual recovery as a result of the 2024 Rule.

12. For example, the 2024 Rule threatens to upend Triple G's business operations, increasing costs, depriving truckers of the opportunity to work independently within their own business, and potentially driving many of the contractors Triple G relies on out of business, or into different lines of business other than Triple G's business, depriving it of needed manpower to deliver cargo wherever its clients need it delivered.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Executed on March 5, 2024

_JEFFERSON_____, Louisiana

_Randy P. Guillot_
Randy Guillot