# EXHIBIT 1

### CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2024, I electronically filed the Memorandum of Law in Support of Plaintiffs' Motion for Temporary Restraining Order via the Court's ECF system. Moreover, although Defendants' counsel have yet to file notices of appearance in this case, I also served the foregoing document upon counsel with the U.S. Department of Justice on March 7, 2024, via electronic mail, as follows:

Lisa Olson, Esq.
U.S. Department of Justice, Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-514-5633
Fax: 202-616-8460
E-Mail: lisa.olson@usdoj.gov

Alexis Echols, Esq.
U.S. Department of Justice
110 L Street, NW
Washington, D.C. 20005
Telephone: 202-305-8613
Fax: 202-616-8470
E-Mail: alexis.j.echols@usdoj.gov

/s/ James Baehr

1