# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C.; LOUISIANA MOTOR TRANSPORT ASSOCIATION, INCORPORATED; A & B GROUP, INC.; NORTHLAKE MOVING AND STORAGE, INC.; TRIPLE G. EXPRESS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF LABOR; JULIE SU, *in her official capacity as Acting Secretary of Labor*; JESSICA LOOMAN, *in her official capacity as Administrator of the Wage and Hour Division*; UNITED STATES DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION, <br><br>Defendants. | Case No. 2:24-cv-00347 <br><br>Section L <br><br>District Judge Fallon <br><br>Magistrate Judge North |

## **[PROPOSED] TEMPORARY RESTRAINING ORDER**

Having reviewed the submissions of the Parties, and otherwise being fully advised in the premises, it is hereby **ORDERED, ADJUDGED, AND DECREED**:

1. Plaintiffs' Motion for a Temporary Restraining Order is **GRANTED**;

2. The March 11, 2024, effective date of the U.S. Department of Labor's new independent contractor classification rule—"Employee or Independent Contractor Classification Under the Fair Labor Standards Act," 89 FR 1638 (the "2024 Rule"), is **POSTPONED**;

1

3. Defendants and their agents, servants, employees, attorneys, and all persons and entities directly or indirectly in active concert or participation with them are **PRELIMINARILY ENJOINED AND RESTRAINED** from enforcing the 2024 Rule;

4. Defendants and their agents, servants, employees, attorneys, and all persons and entities directly or indirectly in active concert or participation with them are **PRELIMINARILY ENJOINED AND RESTRAINED** from rescinding the 2021 Rule, 86 FR 1168, which "became effective as of March 8, 2021, the rule's original effective date, and remains in effect." *See Coal. for Workforce Innovation v. Walsh*, 2022 U.S. Dist. LEXIS 68401, *49 (E.D. Tex. Mar. 14, 2022); and

5. Because Plaintiffs' Motion raises issues concerning the Administrative Procedure Act and will have no financial impact on Defendants, the bond requirement of Rule 65(c) of the Federal Rules of Civil Procedure is **WAIVED**.

**SO ORDERED** on this _____ day of March 2024.

_____
UNITED STATES DISTRICT JUDGE