## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C.; LOUISIANA MOTOR TRANSPORT ASSOCIATION, INCORPORATED; A & B GROUP, INC.; NORTHLAKE MOVING AND STORAGE, INC.; TRIPLE G. EXPRESS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR; JULIE SU, *in her official capacity as Acting Secretary of Labor*; JESSICA LOOMAN, *in her official capacity as Administrator of the Wage and Hour Division*; UNITED STATES DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION, <br><br> Defendants. | **Case No. 2:24-cv-00347** <br><br> Section L <br><br> District Judge Fallon <br><br> Magistrate Judge North |

### PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

The Plaintiffs—four Louisiana-based businesses in the trucking industry and one organization that advocates for them in Baton Rouge and Washington, D.C.—pursuant to Fed. R. Civ. P. 65, respectfully move this Honorable Court for a Preliminary Injunction to set aside the U.S. Department of Labor's new independent contractor classification rule—"Employee or Independent Contractor Classification Under the Fair Labor Standards Act," 89 FR 1638 (the "2024 Rule").

In support of this Motion, Plaintiffs rely on the following:

1

1. The Memorandum in support of this Motion, filed contemporaneously herewith;

2. The First Amended Complaint filed today on March 7, 2024, ECF No. 9[1];

3. The following supporting Declarations[2]:

- **ECF No. 14-1** – Declaration of Cully Frisard
- **ECF No. 14-2** – Declaration of Renee Amar
- **ECF No. 14-3** – Declaration of Burton Baty
- **ECF No. 14-4** – Declaration of Larry Terrell
- **ECF No. 14-5** – Declaration of Randy Guillot

4. Notice of Submission of Motion in accordance with LR 7.2, noticing this Motion for the next available motion submission day on the Honorable Eldon Fallon's calendar, which is Wednesday, March 27, 2024, at 9:00 am;

5. Request for Oral Argument pursuant to LR 78, requesting that this Motion be heard;

6. And all further evidence necessary to support this Motion, filed hereafter or presented at any hearing on this Motion, including, but not limited to, Plaintiffs' separate Emergency Motion for Temporary Restraining Order. *See* ECF No. 14.

---

[1] Pursuant to Fed. R. Civ. P. 15(a), the original plaintiff, Frisard's Transportation, L.L.C., is allowed to amend a pleading once as a matter of course within 21 days after serving the complaint. *See* Affidavit of Service, ECF No. 8 (providing that service was perfected on February 15, 2024). Today the amended complaint was filed adding four additional parties to the lawsuit. *See* ECF No. 9.

[2] The Declarations were attached as exhibits to Plaintiffs' Emergency Motion for Temporary Restraining Order, which was also filed today. *See* ECF No. 14.

2

## **RELIEF REQUESTED**

Plaintiffs request a Preliminary Injunction during the pendency of any decision on the First Amended Complaint or at trial.

Plaintiffs request a waiver of any bond required by Federal Rule of Civil Procedure 65(c), as these issues involve the Administrative Procedure Act, and there is no financial impact on the Defendants. *See Kaepa, Inc. v. Achilles Corp.*, 76 F.3d 624, 628 (5th Cir. 1996) (recognizing district courts have discretion to waive the bond requirement of Rule 65(c)).

Plaintiffs request that the Court issue a Preliminary Injunction against Defendants and their agents, servants, employees, attorneys, and all persons and entities directly or indirectly in active concert or participation with them, and to:

A. Set aside the 2024 Rule;

B. Restrain and enjoin them from enforcing the 2024 Rule; and

C. Restrain and enjoin them from rescinding the 2021 Rule, 86 FR 1168, which "became effective as of March 8, 2021, the rule's original effective date, and remains in effect." *See Coal. for Workforce Innovation v. Walsh*, 2022 U.S. Dist. LEXIS 68401, *49 (E.D. Tex. Mar. 14, 2022).

**WHEREFORE**, Plaintiffs respectfully request that the Court **SET ASIDE** the 2024 Rule.

Dated: March 7, 2024	Respectfully submitted,


 /s/ James Baehr
James Baehr (LSBA 35431)
Sarah Harbison (LSBA 31948)
PELICAN CENTER FOR JUSTICE
PELICAN INSTITUTE FOR PUBLIC POLICY
400 Poydras Street, Suite 900
New Orleans, LA 70130
Telephone: (504) 475-8407
james@pelicaninstitute.org
sarah@pelicaninstitute.org


M.E. Buck Dougherty III* TN BPR #022474
*Trial Attorney* designation LR 11.2
Reilly Stephens*
LIBERTY JUSTICE CENTER
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
Telephone: (312) 637-2280
bdougherty@libertyjusticecenter.org
rstephens@libertyjusticecenter.org
\* *Pro hac vice admission to be sought by visiting attorneys pursuant to LR 83.2.5*

   *Attorneys for Plaintiffs*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2024, I electronically filed the foregoing document through the Court's ECF system. Moreover, although Defendants' counsel have yet to file notices of appearance in this case, I further served the foregoing document, along with the attachments, upon counsel with the United States Department of Justice on March 7, 2024, via electronic mail, as follows:

Lisa Olson, Esq.
U.S. Department of Justice, Civil Division
P.O. Box 875
Ben Franklin Station
Washington, D.C. 20044
Telephone: 202-514-5633
Fax: 202-616-8460
E-Mail: lisa.olson@usdoj.gov

Alexis Echols, Esq.
U.S. Department of Justice
110 L Street, NW
Washington, D.C. 20005
Telephone: 202-305-8613
Fax: 202-616-8470
E-Mail: alexis.j.echols@usdoj.gov

/s/ James Baehr