UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C.; LOUISIANA MOTOR TRANSPORT ASSOCIATION, INCORPORATED; A & B GROUP, INC.; NORTHLAKE MOVING AND STORAGE, INC.; TRIPLE G. EXPRESS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR; JULIE SU, *in her official capacity as Acting Secretary of Labor*; JESSICA LOOMAN, *in her official capacity as Administrator of the Wage and Hour Division*; UNITED STATES DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION, <br><br> Defendants. | **Case No. 2:24-cv-00347** <br><br> Section L <br><br> District Judge Fallon <br><br> Magistrate Judge North |

### PLAINTIFFS' REQUEST FOR ORAL ARGUMENT ON THEIR MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO LR 78.1

The Plaintiffs—four Louisiana-based businesses in the trucking industry and one organization that advocates for them in Baton Rouge and Washington, D.C.—pursuant to LR 78.1, respectfully request oral argument on their Motion for Preliminary Injunction to set aside the U.S. Department of Labor's new independent contractor classification rule—"Employee or Independent Contractor Classification Under the Fair Labor Standards Act," 89 FR 1638 (the "2024 Rule").

The noticed submission date of Plaintiffs' Motion is Wednesday, March 27, 2024. Plaintiffs request oral argument on this day at 9:00 am local time or such other

1

time or day as determined by the Court's schedule. Plaintiffs and their counsel submit that the issues involved here are compelling and important, and the Court would benefit from having oral argument.

Dated: March 7, 2024              Respectfully submitted,

                                        /s/ James Baehr
                                        James Baehr (LSBA 35431)
Sarah Harbison (LSBA 31948)
PELICAN CENTER FOR JUSTICE
PELICAN INSTITUTE FOR PUBLIC POLICY
400 Poydras Street, Suite 900
New Orleans, LA 70130
Telephone: (504) 475-8407
james@pelicaninstitute.org
sarah@pelicaninstitute.org

M.E. Buck Dougherty III* TN BPR #022474
*Trial Attorney* designation LR 11.2
Reilly Stephens*
LIBERTY JUSTICE CENTER
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
Telephone: (312) 637-2280
bdougherty@libertyjusticecenter.org
rstephens@libertyjusticecenter.org
*\* Pro hac vice admission to be sought by visiting attorneys pursuant to LR 83.2.5*

    *Attorneys for Plaintiffs*

2