MINUTE ENTRY
FALLON, J.
MARCH 8, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C. ET AL | CIVIL ACTION |
| VERSUS | NO. 24-347 |
| UNITED STATES DEPARTMENT OF LABOR ET AL | SECTION "L" (5) |

     A telephone status conference was held on this date from the Chambers of the Honorable Eldon E. Fallon. Buck Dougherty and Reilly Stephens participated on behalf of Plaintiffs. Lisa Olson, Peter Mansfield, and Renee Goudeau participated on behalf of Defendants. The parties discussed their positions regarding Plaintiffs' Emergency Motion for a Temporary Restraining Order, R. Doc. 14, and their Motion for a Preliminary Injunction, R. Doc. 15. The Court ruled on the motions. Court Reporter Toni Tusa transcribed the conference and parties can request a transcript at 504-589-7778. For the reasons stated orally in the conference;

     **IT IS HEREBY ORDERED** that the Motion for a Temporary Restraining Order, R. Doc. 14, and the Motion for a Preliminary Injunction, R. Doc. 15, be **DENIED**.

JS10(00:33)