# UNITED STATES DISTRICT COURT

for the
Eastern District of Louisiana

**FRISARD'S TRANSPORTATION, L.L.C.**

*Plaintiff*

v.

**UNITED STATES DEPARTMENT OF LABOR; JULIE SU, in her official capacity as Act- ing Secretary of Labor; JESSICA LOOMAN, in her official capacity as Administrator of the Wage and Hour Division; UNITED STATES DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION**

*Defendant*

)
)
)
)
)
)
)
)
)

Civil Action No. 2:24-cv-00347-EEF-MBN

## AFFIDAVIT OF SERVICE

I, Delpheny Outland, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Department of Justice in DC on March 5, 2024 at 12:55 pm at 950 Pennsylvania Avenue Northwest, Washington, DC 20530 by mailing the documents to the Department of Justice via FedEx.

Summons
Complaint
Cover Sheet

Additional Description:
Per instructions, documents was mailed Via FedEx and pic of receipt is attached.

Unknown Race Unknown, est. age Unknown, glasses: N, Unknown hair, Unknown, Unknown.
Geolocation of Serve: https://google.com/maps?q=38.6145918237,-76.9118496133
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND
CORRECT.

Executed in

_Prince George's County_____,

_MD_____ on ___3/5/2024_____.

*/s/ Delpheny Outland*
_____
Signature
Delpheny Outland
+1 (240) 598-5933

