# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| **FRISARD'S TRANSPORTATION, L.L.C.**<br><br>*Plaintiff*<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF LABOR; JULIE SU, in her official capacity as Act- ing Secretary of Labor; JESSICA LOOMAN, in her official capacity as Administrator of the Wage and Hour Division; UNITED STATES DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:24-cv-00347-EEF-MBN<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Delpheny Outland, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Wage and Hour Division, Department of Labor in DC on March 5, 2024 at 12:53 pm at 200 Constitution Avenue Northwest, Washington, DC 20210 by mailing the documents to the Wage and Hour Division, Department of Labor via FedEx.

Complaint
Cover Sheet
Summons

Additional Description:
Per instructions, documents was mailed Via FedEx and pic of receipt is attached.

Unknown Race Unknown, est. age Unknown, glasses: N, Unknown hair, Unknown, Unknown.
Geolocation of Serve: https://google.com/maps?q=38.6145854837,-76.9118234725
Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in ___Prince George's County___, ___MD___ on ___3/5/2024___.

/s/ *Delpheny Outland*
Signature
Delpheny Outland
+1 (240) 598-5933

