# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| **FRISARD'S TRANSPORTATION, L.L.C.**<br><br>*Plaintiff*<br><br>v.<br><br>**UNITED STATES DEPARTMENT OF LABOR; JULIE SU, JESSICA LOOMAN; UNITED STATES DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No. 2:24-cv-00347-EEF-MBN<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

I, Anthony Jones, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Wage and Hour Division, United States Department of Labor in Orleans Parish, LA on March 8, 2024 at 12:00 am at 600 South Maestri Place, New Orleans, LA 70130 by mailing the documents to the address set forth herein by Certified Mail with Return Receipt Requested.

Complaint
Cover Sheet
Summons

Additional Description:
Proof Colorado LLC sent the documents by Certified Mail with return receipt requested to the address set forth herein on 03/08/2024 with tracking number 9214 8902 6089 5004 9471 82

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_____Jefferson Parish_____,

___LA_____ on ___3/13/2024_____.

*/s/ Anthony Jones*
_____
Signature
Anthony Jones
+1 (504) 621-7033

# CERTIFIED MAIL ACCEPTANCE RECEIPT

EDEX Information Systems Inc. /209-223-3461 / edexis.com

The US Postal Service accepted this mailing at the time shown in the certification seal at right. EDEXIS has stored this USPS acceptance data for your records. You may verify this data by scanning the QR code or visiting the USPS website shown below.



ACCEPTED
03/08/2024
Jackson, CA 95642

**USPS TRACKING#**  9214 8902 6089 5004 9471 82

For tracking history, scan the QR code to the right or click on the website address below:
https://edexis.com/tracking.htm?spk=001854828&did=3572124

Access the official USPS tracking webpage to add tracking notifications by clicking on the website address below:
https://tools.usps.com/go/TrackConfirmAction?qtc_tLabels1=9214890260895004947182



**Sender (from):**

Proof Technology, Inc.
2020 N ACADEMY BLVD STE 261 PMB 2286
COLORADO SPRINGS, CO  80909

| | |
|---|---|
| EDEXIS OrderID: 1854828 | Return Receipt (Electronic): YES |
| Acceptance Date: 03/08/2024 | USPS Post Office: Jackson CA 95642 |

**Recipient (sent to):**

Wage and Hour Division, United States Department of Labor
600 South Maestri Place
New Orleans, LA 70130-3414

First Class Letter

## Certification of US Postal Service Acceptance

We hereby certify the United States Postal Service accepted this mailing from EDEXIS at the time shown in the certification seal above.

**COMPLIANCE STATEMENT**: EDEXIS is a neutral, third-party document printing and mailing service for the legal and medical industry in the United States. We are not a party to any matter or action related to the Sender or Reciever of this mailing.

We confirm USPS acceptance by requiring each Certified Mail barcode is electronically scanned by a postal service employee in our presence when we deposit mail at a US Post Office. We further confirm acceptance by later verifying each Certified Mail tracking number we produce shows an acceptance scan in the USPS tracking data we receive electronically from the postal service. For questions about this mailing, please email support@edexis.com and provide the order number and tracking number shown above.