IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION L.L.C., ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, ET AL.., <br><br> Defendants. | No. 2:24-cv-00347 <br><br> Judge Eldon E. Fallon |

## NOTICE OF APPEAL

Plaintiffs Frisard's Transportation, L.L.C., Louisiana Motor Transport Association, Incorporated, A & B Group, Inc., Northlake Moving And Storage, Inc., and Triple G. Express, Inc., by and through their undersigned counsel, hereby respectfully appeal to the United States Court of Appeals for the Fifth Circuit from the order denying Plaintiffs' Motions for Preliminary Injunction and Temporary Restraining order (Docket Nos. 14, 15) entered on March 8, 2024 (Docket No. 19).

Dated: April 8, 2024

Respectfully Submitted,

By:   /s/ James Baehr

James Baehr (LSBA 35431)
Sarah Harbison (LSBA 31948)
PELICAN CENTER FOR JUSTICE
PELICAN INSTITUTE FOR PUBLIC POLICY
400 Poydras Street, Suite 900
New Orleans, LA 70130

1

Telephone: (504) 475-8407
james@pelicaninstitute.org
sarah@pelicaninstitute.org

M.E. Buck Dougherty III* TN BPR #022474
Trial Attorney designation LR 11.2
Reilly Stephens*
LIBERTY JUSTICE CENTER
440 N. Wells Street, Suite 200
Chicago, Illinois 60654
(312) 637-2280 - telephone
bdougherty@libertyjusticecenter.org
rstephens@libertyjusticecenter.org
* *Pro hac vice*
*Attorneys for Plaintiff Frisard's Transportation L.L.C*

*admitted (or pending) Pro Hac Vice

## Certificate of Service

I certify that the foregoing Plaintiff's Notice of Appeal was filed April 8, 2024, using the Court's CM/ECF system, which will provide notice of the filing to all counsel.

/s/ James Baehr
James Baehr