UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C., *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. |
| UNITED STATES DEPARTMENT OF LABOR, *et al.*, | 2:24-cv-00347-EEF-MBN |
| Defendants. | |

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO PLEAD PURSUANT TO L.R. 7.8

NOW INTO COURT, through the undersigned United States Department of Justice Counsel, come the Defendants, and, upon suggesting to the Court that Defendants' deadline for filing responsive pleadings to Plaintiff's First Amended Complaint for Declaratory and Injunctive Relief is April 15, 2024, move the Court for an extension of 21 days, or until May 6, 2024, to plead pursuant to Local Civil Rule 7.8. The moving party hereby certifies that there has been no previous extension of time to plead and that the opposing party has not filed in the record an objection to an extension of time. A proposed order is attached hereto for the Court's consideration.

Dated: April 15, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Director, Federal Programs Branch

*/s/ Lisa A. Olson*
LISA A. OLSON
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W., Room 12200
Washington, D.C. 20005
Telephone: (202) 514-5633
Email: Lisa.Olson@usdoj.gov

*Counsel for Defendants*