UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| FRISARD'S TRANSPORTATION, L.L.C., *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. |
| UNITED STATES DEPARTMENT OF LABOR, *et al.*, | ) ) ) ) | 2:24-cv-00347-EEF-MBN |
| Defendants. | ) ) | |

**O R D E R**

Considering the Defendants' motion for extension of time to plead pursuant to Local Civil Rule 7.8, IT IS ORDERED that the motion be and is hereby granted. Defendants shall have until May 6, 2024, to plead.

New Orleans, Louisiana, this _____ day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE