UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C., *et al.*, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. ) |
| UNITED STATES DEPARTMENT OF LABOR, *et al.*, | ) 2:24-cv-00347-EEF-MBN ) ) |
| Defendants. | ) ) |

**ORDER**

Considering the Defendants' motion for extension of time to plead pursuant to Local Civil Rule 7.8, **IT IS ORDERED** that the motion is **GRANTED**. Defendants shall have until May 6, 2024, to plead.

New Orleans, Louisiana, this 16th day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE