UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

_____
)
FRISARD'S TRANSPORTATION, L.L.C.,    )
)
Plaintiff,    )
)
v.    )    Civil Action No.
)
UNITED STATES DEPARTMENT    )    2:24-cv-00347-EEF-EJD
OF LABOR, *et al.*,    )
)
Defendants.    )
_____)

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT, AND SUPPORTING MEMORANDUM**

Pursuant to Fed. R. Civ. P. 7 and Local Rule 7.1, defendants hereby move for a two-week extension of time to respond to the First Amended Complaint for Declaratory and Injunctive Relief ("Complaint").  Given the Court's previous 21-day extension of time, defendants' response is due on May 6, 2024.  Defendants seek an extension until May 20, 2024, to respond to the Complaint.

The reason for this motion is that undersigned counsel who is primarily responsible for this case has had numerous deadlines in other cases in the federal court over the past few weeks, has been out of town for several days in the past three weeks, and will be out of town for three business days between now and May 6.  Undersigned counsel has been working diligently on a response to the Complaint but will need additional time to confer with necessary officials and to complete it.

This case involves a challenge to federal regulatory guidance governing the classification of employees under the Fair Labor Standards Act, 5 U.S.C. §§ 201-19.  Four other cases involving similar challenges are pending in other Districts around the country, for which

undersigned counsel is also primarily responsible, and the issues are of national importance.  The Complaint is twenty pages long and contains 102 paragraphs, and the Administrative Record is voluminous.  The additional time will allow undersigned counsel to prepare a more thorough and complete response that will fully inform the Court, and the extension will therefore serve the interests of judicial efficiency and economy.  *See* Fed. R. Civ. P. 1.  Such an extension is reasonable, will not unduly delay this case, and will not prejudice the parties.

For the foregoing reasons, defendants' motion for an extension of time should be granted. Defendants' counsel contacted plaintiffs' counsel via email in the afternoon of April 29, 2024, asking if plaintiffs oppose this motion.  Plaintiffs' counsel never responded indicating any opposition.

Dated: April 30, 2024                    Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Director

_____
LISA A. OLSON
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W., Room 12200
Washington, D.C. 20005
(202) 514-5633
Lisa.olson@usdoj.gov

*Counsel for Defendants*