UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C., *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. |
| UNITED STATES DEPARTMENT OF LABOR, *et al.*, | ) 2:24-cv-00347-EEF-EJD<br>) |
| Defendants. | ) |

**O R D E R**

Considering the Defendants' motion for extension of time to respond to the complaint, and plaintiffs having indicated no opposition thereto, IT IS ORDERED that the motion be and is hereby granted. Defendants shall have until May 20, 2024, to respond to the Complaint.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE