UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR, *et al.*,<br><br>        Defendants. | Civil Action No.<br><br>2:24-cv-00347-EEF-EJD |

**DEFENDANTS' NOTICE OF FILING**
**CERTIFIED LIST OF ADMINISTRATIVE RECORD**

Defendants Julie Su, sued in her official capacity as Secretary of Labor, Jessica Looman, sued in her official capacity as Administrator of the Department of Labor's Wage and Hour Division, and the Department of Labor, hereby file a certified list of the contents of the administrative record in this case, attached hereto as Exhibit A.

Dated: May 16, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Director, Federal Programs Branch

/s/ *Lisa A. Olson*
LISA A. OLSON
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW, Room 12200
Washington D.C. 20005
(202) 514-5633
Lisa.olson@usdoj.gov

*Counsel for Defendants*