# CERTIFICATION OF ADMINISTRATIVE RECORD

I, Amy Hunter, Director of Regulations, Legislation, and Interpretation of the Department of Labor's Wage and Hour Division, hereby certify that to the best of my knowledge and belief the following constitutes a true, accurate, and complete list of the documents comprising the administrative record before the Wage and Hour Division in connection with the Independent Contractor Status under the Fair Labor Standards Act rulemaking (Docket ID WHD-2020-0007) and the Employee or Independent Contractor Classification under the Fair Labor Standards Act rulemaking (Docket ID WHD-2022-0003), including the web address where each document may be accessed on the publicly available official rulemaking docket:

1. Independent Contractor Status under the Fair Labor Standards Act proposed rule, published in the Federal Register on September 25, 2020, at 85 FR 60600 and also available at https://www.regulations.gov/document/WHD-2020-0007-0001

2. The approximately 1,800 comments received in response to the proposal, available at https://www.regulations.gov/document/WHD-2020-0007-0001/comment

3. Wage and Hour Division's October 21, 2020 response to requests to extend comment period, available at https://www.regulations.gov/document/WHD-2020-0007-0193

4. Independent Contractor Status under the Fair Labor Standards Act final rule, published in the Federal Register on January 7, 2021, at 86 FR 1168 and also available at https://www.regulations.gov/document/WHD-2020-0007-1801

5. Independent Contractor Status under the Fair Labor Standards Act: Delay of Effective Date proposed rule, published in the Federal Register on February 5, 2021, at 86 FR 8326 and also available at https://www.regulations.gov/document/WHD-2020-0007-1802

6. The approximately 1,500 comments received in response to the proposal, available at https://www.regulations.gov/document/WHD-2020-0007-1802/comment

7. Wage and Hour Division's February 24, 2021 response to request to extend comment period, available at https://www.regulations.gov/document/WHD-2020-0007-3119

8. Independent Contractor Status under the Fair Labor Standards Act: Delay of Effective Date final rule, published in the Federal Register on March 4, 2021, at 86 FR 12535 and also available at https://www.regulations.gov/document/WHD-2020-0007-3316

9. Independent Contractor Status under the Fair Labor Standards Act: Withdrawal proposed rule, published in the Federal Register on March 12, 2021, at 86 FR 14027 and also available at https://www.regulations.gov/document/WHD-2020-0007-3317

10. The approximately 1,000 comments received in response to the proposal, available at https://www.regulations.gov/document/WHD-2020-0007-3317/comment

11. Wage and Hour Division's 2015 Administrator's Interpretation, posted on March 15, 2021, as supporting and related material, available at https://www.regulations.gov/document/WHD-2020-0007-3318

12. Wage and Hour Division's April 12, 2021 denial of request to extend comment period, available at https://www.regulations.gov/document/WHD-2020-0007-3615

13. Independent Contractor Status under the Fair Labor Standards Act: Withdrawal final rule, published in the Federal Register on May 6, 2021, at 86 FR 24303 and also available at https://www.regulations.gov/document/WHD-2020-0007-4330

14. Employee or Independent Contractor Classification under the Fair Labor Standards Act proposed rule, published in the Federal Register on October 13, 2022, at 87 FR 62218 and also available at https://www.regulations.gov/document/WHD-2022-0003-0001

15. Copies of Historical WHD Guidance cited in the proposed rule, posted on October 13, 2022, as supporting and related material, available at https://www.regulations.gov/document/WHD-2022-0003-0002

16. Wage and Hour Division's October 26, 2022 response to requests to extend comment period, available at https://www.regulations.gov/document/WHD-2022-0003-2246

17. Record of Contact with Outside Party (House of Representatives Staff on October 25, 2022) to Discuss Issues Related to Informal Rulemaking, posted on October 28, 2022, as supporting and related material, available at https://www.regulations.gov/document/WHD-2022-0003-8676

18. Record of Contact with Outside Party (Senate and House of Representatives Staff on October 12, 2022) to Discuss Issues Related to Informal Rulemaking, posted on November 9, 2022, as supporting and related material, available at https://www.regulations.gov/document/WHD-2022-0003-19483

19. Record of Contact with Outside Party (SBA Virtual Roundtable on November 22, 2022) to Discuss Issues Related to Informal Rulemaking, posted on November 22, 2022, as supporting and related material, available at https://www.regulations.gov/document/WHD-2022-0003-29938

20. Record of Contact with Outside Party (Senate Staff on November 16, 2022) to Discuss Issues Related to Informal Rulemaking, posted on November 22, 2022, as supporting and related material, available at https://www.regulations.gov/document/WHD-2022-0003-29939

21. Record of Contact with Outside Party (IntelyCare on November 11, 2022) to Discuss Issues Related to Informal Rulemaking, posted on

      December 12, 2022, as supporting and related material, available at https://www.regulations.gov/document/WHD-2022-0003-48439

22. The approximately 55,000 comments received in response to the proposal, available at https://www.regulations.gov/docket/WHD-2022-0003/comments

23. Employee or Independent Contractor Classification under the Fair Labor Standards Act final rule, published in the Federal Register on January 10, 2024, at 89 FR 1638 and also available at https://www.regulations.gov/document/WHD-2022-0003-54409

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Executed: March 6, 2024.

---

AMY HUNTER
Director
Division of Regulations, Legislation, and Interpretation
Wage and Hour Division
U.S. Department of Labor
200 Constitution Avenue, N.W.
Washington, D.C. 20210