UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. <br><br> 2:24-cv-00347-EEF-EJD |

**DEFENDANTS' MOTION TO DISMISS
OR ALTERNATIVELY FOR SUMMARY JUDGMENT**

Pursuant to Rules 12(b)(1) 56 of the Federal Rules of Civil Procedure, and Local Civil Rules 7 and 56.1, defendants hereby move the Court to dismiss this case for lack of subject matter jurisdiction, or alternatively, to grant judgment in favor of defendants on grounds that there is no genuine issue as to any material fact, and defendants are entitled to judgment as a matter of law. The grounds for this motion are set forth in the accompanying Memorandum in Support of Defendants' Motion to Dismiss or Alternatively for Summary Judgment, which is incorporated herein.

Dated: May 20, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

*/s/ Lisa A. Olson*
LISA A. OLSON
Senior Trial Counsel

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W., Room 12200
Washington, D.C. 20005
(202) 514-5633
Lisa.olson@usdoj.gov

*Counsel for Defendants*