UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. <br><br> 2:24-cv-00347-EEF-EJD |

**DEFENDANTS' NOTICE OF SUBMISSION**

**PLEASE TAKE NOTICE** that defendants' motion to dismiss or alternatively for summary judgment is set for submission to United States District Court Judge Eldon E. Fallon on June 26, 2024.

Dated: May 20, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

JULIE STRAUS HARRIS
Assistant Branch Director

*/s/ Lisa A. Olson*
LISA A. OLSON
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street N.W., Room 12200
Washington, D.C. 20005
(202) 514-5633
Lisa.olson@usdoj.gov

*Counsel for Defendants*