UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. <br><br> 2:24-cv-00347-EEF-EJD |

**PROPOSED ORDER**

The Court having considered defendants' ex parte motion to exceed by 10 pages the 25-page limit to file their motion to dismiss or alternatively for summary judgment, and plaintiffs' opposition thereto, and good cause having been shown, defendants' motion is hereby GRANTED.

Dated this ____ day of May, 2024.                     _____
                                                                                          ELDON E. FALLON
                                                                                          United States District Court