UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 2:24-cv-00347-EEF-EJD |

**ORDER**

Considering the Defendants' Ex Parte Motion, R. Doc. 29,

**IT IS HEREBY ORDERED** that the Motion for Leave to File Exceed the 25-Page Limit by 10 pages is **GRANTED**.

New Orleans, Louisiana, this 21st day of May, 2024.

_____
United States District Judge