# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C., et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| V. | Civil Action No. 2:24-cv-00347-EEF-EJD ) ) |
| UNITED STATES DEPARTMENT OF LABOR, et al., | ) ) ) |
| Defendants. | ) ) |

# MOTION OF PROPOSED AMICI PUBLIC JUSTICE CENTER, RESTAURANT OPPORTUNITY CENTERS UNITED, REAL WOMEN IN TRUCKING, SERVICE EMPLOYEES INTERNATIONAL UNION, AND ECONOMIC POLICY INSTITUTE <u>FOR LEAVE TO FILE AN AMICUS BRIEF</u>

Proposed amici Public Justice Center, Farmworker Justice, Restaurant Opportunity Centers United, REAL Women in Trucking, Service Employees International Union, and Economic Policy Institute respectfully ask for leave to file an amicus brief in support of Defendants' Motion to Dismiss or Alternatively For Summary Judgment. Defendants' counsel has informed counsel for proposed amici that the defendants do not oppose the filing of this brief. Plaintiffs' counsel have informed counsel for proposed amici that plaintiffs do not consent to the filing of this brief.

For the reasons set forth in the accompanying memorandum, proposed amici seek leave to file their proposed brief.

Dated: May 29, 2024                                Respectfully Submitted,

                                                                    /s/ Ellie T. Schilling
Ellie T. Schilling, 33358
SCHONEKAS, EVANS, MCGOEY
  & MCEACHIN, LLC
909 Poydras St., Suite 1600
New Orleans, LA 70112
Telephone: 504-680-6050
Facsimile: (504) 680-6051
ellie@semmlaw.com

And

Mark Samburg
D.C. Bar No.1018533*
Robin T. Thurston
D.C. Bar No. 151399*
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
202-448-9090
msamburg@democracyforward.org
rthurston@democracyforward.org

*To be admitted pro hac vice

*Attorneys for Amici* PUBLIC JUSTICE CENTER, FARMWORKER JUSTICE, RESTAURANT OPPORTUNITY CENTERS, UNITED, REAL WOMEN IN TRUCKING, SERVICE EMPLOYEES INTERNATIONAL UNION, AND ECONOMIC POLICY INSTITUTE

### CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2024, the foregoing was electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

                                                                    /s/ Ellie T. Schilling
                                                                    ELLIE T. SCHILLING