**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUSIANA**

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C.,  et al., ) ) ) ) Plaintiffs, ) ) V. ) ) UNITED STATES DEPARTMENT OF LABOR, et al., ) ) Defendants. ) | Civil Action No. 2:24-cv-00347-EEF-EJD |

**MEMORANDUM IN SUPPORT OF**
**MOTION OF PROPOSED AMICI PUBLIC JUSTICE CENTER, RESTAURANT OPPORTUNITY CENTERS UNITED, REAL WOMEN IN TRUCKING, SERVICE EMPLOYEES INTERNATIONAL UNION, AND ECONOMIC POLICY INSTITUTE FOR LEAVE TO FILE AN AMICUS BRIEF**

Proposed amici Public Justice Center, Farmworker Justice, Restaurant Opportunity Centers United, REAL Women in Trucking, Service Employees International Union, and Economic Policy Institute submit the following Memorandum in Support of its Motion for Leave to File an Amicus Brief. Proposed amici submit that their brief will be helpful to the Court's consideration of the reasonableness of the Department of Labor's finalization of the Rule at issue in this case.

No federal or local rule governs "the procedural or substantive requirements for district court amicus curiae briefs." *U.S. v. City of New Orleans*, 2022 WL 4465534, at *1 (E.D. La. Sep. 26, 2022). Another judge of this Court, reviewing "[d]ecisions on the issue by the U.S. Court of Appeals for the Fifth Circuit and district courts within the circuit," *id.*, identified six factors to guide a decision whether to grant leave to file an amicus brief: "(1) whether the parties

1

consented to the amicus curiae; (2) whether the proposed amicus curiae had a sufficient interest in the outcome; (3) whether the amicus brief was useful or helpful to the court; (4) whether the parties were well-represented; (5) whether the amicus brief argued facts; and (6) the neutrality of the proposed amicus curiae." *Id.* at n.10.

These factors, taken together, favor allowing proposed amici to submit their brief:

(1) Counsel for defendants has indicated that defendants do not oppose the filing of this brief. Counsel for plaintiffs have indicated that they do not consent to the filing of this brief.

(2) Amici have a powerful interest in the outcome of this litigation; as explained in more detail in the proposed brief itself, proposed amici submitted comments in support of the Notice of Proposed Rulemaking that was finalized as the Rule at issue in this case, and represent millions of workers whose correct employment status classification depends on the Rule.

(3) The proposed brief lays out extensive information and analysis of the experience of the workers amici represent—this information and analysis were submitted in comments to the Department of Labor and considered in its finalization of the Rule. Review of this content will be helpful to the Court's evaluation of the reasonableness of the Department's analysis and conclusions in finalizing the Rule.

(4) Proposed amici concede that the parties are well-represented.

(5) The proposed brief does not argue facts—it provides facts that were also provided to the Department as part of the rulemaking, but those facts are, to amici's knowledge, not in dispute. They are submitted to assist in demonstrating the reasonableness of the Department's analysis of those facts.

(6) Although amici propose to write in support of defendants, they represent the interests of workers impacted by the Rule, which are distinct from the interests represented by the government Defendants.

For these reasons, proposed amici request that the Court exercise its "'broad discretion' to admit an amicus curiae." *Id*. (quoting *Sierra Club v. Federal Emergency Management Agency, et al.*, 2007 WL 3472851 at *1 (S.D.Tex. Nov. 14, 2007), and grant leave to file the accompanying brief.

Dated: May 29, 2024                    Respectfully Submitted,

                              */s/ Ellie T. Schilling*
                              Ellie T. Schilling, 33358
                              SCHONEKAS, EVANS, MCGOEY
                                 & MCEACHIN, LLC
                              909 Poydras St., Suite 1600
                              New Orleans, LA 70112
                              Telephone: 504-680-6050
                              Facsimile: (504) 680-6051
                              ellie@semmlaw.com

                              And

                              Mark Samburg
                              D.C. Bar No.1018533*
                              Robin T. Thurston
                              D.C. Bar No. 151399*
                              Democracy Forward Foundation
                              P.O. Box 34553
                              Washington, DC 20043
                              202-448-9090
                              msamburg@democracyforward.org
                              rthurston@democracyforward.org

                              **To be admitted* pro hac vice

                              *Attorneys for Amici* PUBLIC JUSTICE CENTER,
                              FARMWORKER JUSTICE, RESTAURANT OPPORTUNITY
                              CENTERS, UNITED, REAL WOMEN IN TRUCKING,
                              SERVICE EMPLOYEES INTERNATIONAL UNION, AND
                              ECONOMIC POLICY INSTITUTE

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2024, the foregoing was electronically filed with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

/s/ Ellie T. Schilling
ELLIE T. SCHILLING