## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

Frisard's Transportation, et al.
_____
**PLAINTIFF(S)**

**VERSUS**

U.S. Department of Labor, et al.
_____
**DEFENDANT(S)**

**CIVIL ACTION**

**No.** _2:24-cv-00347_

**SECTION:** _L_

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that the Motion _for Leave to File Amicus Brief_ is

hereby set for submission before District Judge/Magistrate Judge _Eldon E. Fallon_ on

_June 26, 2024_ at _9:00_ _a_.m.


_/s/ Ellie T. Schilling_
_____
(Signature)

Ellie T. Schilling
_____
(Name)

909 Poydras St., Suite 1600
_____
(Address)

New Orleans    LA    70112
_____
(City)        (State)      (Zip)

504-680-6050
_____
(Telephone)

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy
of this document on all counsel of record
either in person or by mailing it postage
prepaid on this _29th_ day of
_May_ , 20_24_ .

_/s/ Ellie T. Schilling_
_____
(SIGNATURE)