# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C., et al., <br><br> Plaintiffs, <br><br> V. <br><br> UNITED STATES DEPARTMENT OF LABOR, et al., <br><br> Defendants. | Civil Action No. 2:24-cv-00347-EEF-EJD <br><br><br> MOTION FOR ADMISSION *PRO HAC VICE* FOR MARK SAMBURG |

**MOTION FOR ADMISSION *PRO HAC VICE* FOR MARK SAMBURG**

Ellie T. Schilling, local counsel for proposed amici Public Justice Center, Farmworker Justice, Restaurant Opportunity Centers United, REAL Women in Trucking, Service Employees International Union, and Economic Policy Institute, respectfully moves this Court for admission pro hac vice of Mark B. Samburg as co-counsel of record for proposed amici. In support of this motion, movant represents as follows:

1. Movant, Ellie T. Schilling, is a member in good standing of the bar of this Court.

2. Mark B. Samburg is an active member in good standing of the Bar of the District of Columbia. Attached hereto as Exhibit "1" is a Certificate of Good Standing for Mark B. Samburg issued by the District of Columbia Bar.

3. This admission pro hac vice is for the purpose of representing proposed amici in the above-captioned case. Movant is unaware of any reason why Mark B. Samburg might be deemed unfit or unqualified for pro hac vice admission to this Court.

4. Pursuant to Local Rule 82.2.5, declaration of Mark B. Samburg is attached as Exhibit "2."

1

5. The Electronic Case Filing System Attorney Registration Form for Mark B. Samburg is attached as Exhibit "3."

Dated: May 28, 2024

Respectfully Submitted,

/s Ellie T. Schilling
Ellie T. Schilling 33358
SCHONEKAS, EVANS, MCGOEY
  & MCEACHIN, LLC
90 Poydras Street, Suite 1600
New Orleans, LA 70112
Telephone: (504) 680-6050
Fax: (504) 680-6051
ellie@semmlaw.com

And

*Mark B. Samburg**
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
msamburg@democracyforward.org

\* *Pro hac vice admission to be sought by visiting attorneys pursuant to LR 83.2.5*

*Attorneys for Amici* PUBLIC JUSTICE CENTER, FARMWORKER JUSTICE, RESTAURANT OPPORTUNITY CENTERS, UNITED, REAL WOMEN IN TRUCKING, SERVICE EMPLOYEES INTERNATIONAL UNION, AND ECONOMIC POLICY INSTITUTE