# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C., et al., | ) ) ) Civil Action No. 2:24-cv-00347-EEF-EJD |
| Plaintiffs, | ) ) ) |
| v. | ) ) **DECLARATION OF** |
| UNITED STATES DEPARTMENT OF LABOR, et al., | ) **MARK B. SAMBURG** ) **IN SUPPORT OF MOTION FOR** ) **ADMISSION PRO HAC VICE** |
| Defendants. | ) ) |

Pursuant to 28 U.S.C. § 1746, I, Mark Samburg, make the following declaration under penalty of perjury:

1. This declaration is based on my personal knowledge, information, and belief.

2. I am a resident of Maryland. I am over eighteen (18) years of age and suffer from no legal incapacity. I do not maintain my residence or my principal place of business in the Eastern District of Louisiana.

3. I was admitted to the Bar of the District of Columbia on February 3, 2014.

4. I am currently employed as Counsel at Democracy Forward Foundation, a nonprofit public interest firm at P.O. Box 34553, Washington, D.C. 20043.

5. I have never before requested admission pro hac vice to the United States District Court for the Eastern District of Louisiana.

6. No disciplinary proceedings or criminal charges have been instituted against me in any court or jurisdiction.

**EXHIBIT 2**

7. No disciplinary proceedings or criminal charges have been instituted against me in any court or jurisdiction.

8. Ellie T. Schilling has agreed to act as local counsel pursuant to Local Rule 83.2.5.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: May 28, 2024

_____
Mark B. Samburg*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
msamburg@democracyforward.org

*Pro hac vice admission to be sought by visiting attorneys pursuant to LR 83.2.5