UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C., et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, et al., <br><br> Defendants. | Civil Action No. 2:24-cv-00347-EEF-EJD <br><br><br> **DECLARATION OF ROBIN F. THURSTON IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to 28 U.S.C. § 1746, I, Robin F. Thurston, make the following declaration under penalty of perjury:

1. This declaration is based on my personal knowledge, information, and belief.

2. I am a resident of the District of Columbia. I am over eighteen (18) years of age and suffer from no legal incapacity. I do not maintain my residence or my principal place of business in the Eastern District of Louisiana.

3. I was admitted to the Bar of the District of Columbia on February 5, 2018.

4. I am currently employed as Legal Director at Democracy Forward Foundation, a nonprofit public interest firm at P.O. Box 34553, Washington, D.C. 20043.

5. I have never before requested admission pro hac vice to the United States District Court for the Eastern District of Louisiana.

6. No disciplinary proceedings or criminal charges have been instituted against me in any court or jurisdiction.

EXHIBIT 2

7. No disciplinary proceedings or criminal charges have been instituted against me in any court or jurisdiction.

8. Ellie T. Schilling has agreed to act as local counsel pursuant to Local Rule 83.2.5.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: May 28, 2024

Robin F. Thurston*
Democracy Forward Foundation
P.O. Box 34553
Washington, D.C. 20043
Telephone: (202) 448-9090
rthurston@democracyforward.org

*Pro hac vice admission to be sought by visiting attorneys pursuant to LR 83.2.5