UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| | ) Civil Action No. 2:24-cv-00347-EEF-EJD |
| V. | ) ) |
| UNITED STATES DEPARTMENT OF LABOR, et al., | ) ) ) |
| Defendants. | ) ) ) |

**ORDER**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Robin F. Thurston, it is hereby

ORDERED that said motion is GRANTED. Robin F. Thurston is granted *pro hac vice* admission as counsel for proposed *amici* Public Justice Center, Farmworker Justice, Restaurant Opportunity Centers United, REAL Women in Trucking, Service Employees International Union, and Economic Policy Institute in the above-captioned case.

Signed this _____ day of _____, 2024.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1