# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C., et al.,<br><br>Plaintiffs,<br><br>V.<br><br>UNITED STATES DEPARTMENT OF LABOR, et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:24-cv-00347-EEF-EJD<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Considering the Motion for Admission *Pro Hac Vice* of Mark B. Samburg,

**IT IS HEREBY ORDERED** that said motion is **GRANTED**. Mark B. Samburg is granted *pro hac vice* admission as counsel for proposed *amici* Public Justice Center, Farmworker Justice, Restaurant Opportunity Centers United, REAL Women in Trucking, Service Employees International Union, and Economic Policy Institute in the above-captioned case.

New Orleans, Louisiana, this 30th day of May, 2024.

_____
United States District Judge