UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C., et al., | ) ) ) |
| Plaintiffs, | ) ) |
| V. | ) Civil Action No. 2:24-cv-00347-EEF-EJD ) ) |
| UNITED STATES DEPARTMENT OF LABOR, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

Considering the motion for Admission *Pro Hac Vice* of Robin F. Thurston,

**IT IS HEREBY ORDERED** that said motion is **GRANTED**. Robin F. Thurston is granted *pro hac vice* admission as counsel for proposed *amici* Public Justice Center, Farmworker Justice, Restaurant Opportunity Centers United, REAL Women in Trucking, Service Employees International Union, and Economic Policy Institute in the above-captioned case.

New Orleans, Louisiana, this 30th day of May, 2024.

_____
United States District Judge