## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C.; LOUISIANA MOTOR TRANSPORT ASSOCIATION, INCORPORATED; A & B GROUP, INC.; NORTHLAKE MOVING AND STORAGE, INC.; TRIPLE G. EXPRESS, INC., <br><br>Plaintiffs, <br><br>v. <br><br>UNITED STATES DEPARTMENT OF LABOR; JULIE SU, *in her official capacity as Acting Secretary of Labor*; JESSICA LOOMAN, *in her official capacity as Administrator of the Wage and Hour Division*; UNITED STATES DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION, <br><br>Defendants. | **Case No. 2:24-cv-00347** <br><br> Section L <br><br> District Judge Fallon <br><br> Magistrate Judge Dossier |

### PLAINTIFFS' *EX PARTE* MOTION PURSUANT TO LR 7.8 FOR EXTENSION OF TIME TO PLEAD OR OTHERWISE RESPOND TO TWO PENDING MOTIONS (ECF No.'s 32 and 33)

The Plaintiffs, through their undersigned counsel, hereby file this *ex parte* motion pursuant to LR 7.8 for an extension of time to plead or otherwise respond to two pending motions: (1) Defendants' motion to dismiss or alternatively motion for summary judgment (ECF No. 32); and (2) proposed amici's motion for leave to file amicus brief (ECF No. 33).

> In the Eastern District of Louisiana, a respondent that opposes a motion, including a motion to dismiss, "must file and serve a memorandum in opposition to the motion with citations of authorities no later than eight days before the noticed submission date." Local Rule 7.5. Parties are entitled to "one extension for a period of 21 days from the time the

1

2

> pleading would otherwise be due." Local Rule 7.8. *See Braly v. Trail*, 254
> F.3d 1082, 2001 WL 564155 at *2 (5th Cir. 2001).

*Travers v. Chubb European Grp. Se.*, No. 23-6152, 2024 U.S. Dist. LEXIS 16651, at *5 (E.D. La. Jan. 30, 2024). Out of professional courtesy, Plaintiffs have also reached out to counsel for Defendants who do not oppose this motion.

Plaintiffs suggest to the Court that their current deadline for filing responsive pleadings and responses to these two pending motions is June 18, 2024 (submission date for both motions is June 26, 2024).

Accordingly, Plaintiffs move the Court for an extension of 21 days, or until **July 9, 2024**, to plead or otherwise respond to these motions in accordance with LR 7.8.

The Plaintiffs certify that there has been no previous extension of time to plead or otherwise respond to these motions and that the opposing parties have not filed in the record an objection to an extension of time. A proposed order is attached hereto for the Court's consideration.

June 18, 2024

Respectfully submitted,

/s/ James Baehr
James Baehr (LSBA 35431)
Sarah Harbison (LSBA 31948)
PELICAN CENTER FOR JUSTICE
PELICAN INSTITUTE FOR PUBLIC POLICY
400 Poydras Street, Suite 900
New Orleans, LA 70130
Telephone: (504) 475-8407
james@pelicaninstitute.org
sarah@pelicaninstitute.org

M.E. Buck Dougherty III TN BPR #022474 *
Reilly Stephens
LIBERTY JUSTICE CENTER
13341 W. U.S. Highway 290, Bldg. 2
Austin, TX 78737
Telephone: (512) 481-4400
bdougherty@libertyjusticecenter.org
rstephens@libertyjusticecenter.org

*PHV application pending submission*
*Attorneys for Plaintiffs*