# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C.; LOUISIANA MOTOR TRANSPORT ASSOCIATION, INCORPORATED; A & B GROUP, INC.; NORTHLAKE MOVING AND STORAGE, INC.; TRIPLE G. EXPRESS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR; JULIE SU, *in her official capacity as Acting Secretary of Labor*; JESSICA LOOMAN, *in her official capacity as Administrator of the Wage and Hour Division*; UNITED STATES DEPARTMENT OF LABOR, WAGE AND HOUR DIVISION, <br><br> Defendants. | **Case No. 2:24-cv-00347** <br><br> Section L <br><br> District Judge Fallon <br><br> Magistrate Judge Dossier |

## O R D E R

Considering the Plaintiffs' *ex parte* motion for extension of time to plead or otherwise respond to two pending motions pursuant to Local Civil Rule 7.8;

IT IS ORDERED that the Plaintiffs' motion be and is hereby granted. Plaintiffs shall have until **July 9, 2024**, to respond to two pending motions: (1) Defendants' motion to dismiss or alternatively motion for summary judgment (ECF No. 32); and (2) proposed amici's motion for leave to file amicus brief (ECF No. 33).

New Orleans, Louisiana, this _____ day of June 2024.

_____
UNITED STATES DISTRICT JUDGE