# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C. et al.<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR; JULIE SU, *in her official capacity as Acting Secretary of Labor* et al. | Case No. 2:24-cv-00347<br><br>Section L<br><br>District Judge Fallon<br><br>Magistrate Judge Dossier |

## ORDER

Considering the foregoing motion, R. Doc. 38,

It appears that Plaintiffs are requesting a continuance in the submission date of the pending motions at R. Docs. 32 and 33, however, Plaintiffs cite Local Rule 7.8, which governs extensions of time to plead and not their instant request. Accordingly;

**IT IS HEREBY ORDERED** that the motion, R. Doc. 38, is **GRANTED** to the extent that the Court will briefly continue the submission deadlines for both motions, R. Docs. 32 and 33. **IT IS FURTHER ORDERED** that the deadlines for R. Docs. 32 and 33, be **RESET** to the Court's next submission date, July 10, 2024. Accordingly, any opposition to the pending motions must be submitted by July 2, 2024. *See* Local Rule 7.5. Any reply to the opposition must be submitted by July 8, 2024 at 4:00 P.M. C.S.T. *Id.*

New Orleans, Louisiana, this 20th day of June, 2024.

_____
United States District Judge