UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| FRISARD'S TRANSPORTATION, L.L.C., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF LABOR, *et al.*, <br><br> Defendants. | Civil Action No. <br><br> 2:24-cv-00347-EEF-EJD |

**DEFENDANTS'** ***EX PARTE*** **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS OR ALTERNATIVELY FOR SUMMARY JUDGMENT**

NOW INTO COURT, through the undersigned United States Department of Justice Counsel, come the Defendants, and, upon suggesting to the Court that defendants' deadline for filing a reply in support of their motion to dismiss or alternatively for summary judgment [ECF No. 32] is July 8, 2024, move the Court for an extension of four days, or until July 12, 2024, within which to file a reply in support of their motion to dismiss or alternatively for summary judgment, with defendants' motion to dismiss or alternatively for summary judgment submitted immediately thereafter.

The reason for this motion is that plaintiffs filed their response in opposition to defendants' motion to dismiss or alternatively for summary judgment (ECF No. 41) along with a statement of material facts presenting a genuine issue (ECF. No. 41-2), on July 2, 2024. Because of the July 4 holiday and the July 8 deadline, defendants would have only two business days within which to draft a response to plaintiffs' brief and confer with necessary Department of

Labor and Department of Justice personnel concerning the matters raised therein. Undersigned counsel also has pre-existing filing deadlines in two other cases in federal court on July 5, and will be traveling all day on July 9. Defendants request an extension to allow them a reasonable time to draft a response and allow for its review and consideration by necessary personnel. The extension will serve the interests of judicial efficiency and economy, because it will allow defendants to prepare a more thorough and concise brief that may facilitate the Court's consideration of this case. *See* Fed. R. Civ. P. 1. Defendants' request is reasonable, will not prejudice the parties, and will not unduly delay this case.

The moving party hereby certifies that plaintiffs have indicated they do not oppose this extension of time. A proposed order is attached hereto for the Court's consideration.

Dated: July 3, 2024                    Respectfully submitted,

                                                    BRIAN M. BOYNTON
                                                    Acting Assistant Attorney General

                                                    JULIE STRAUS HARRIS
                                                    Assistant Director, Federal Programs Branch

                                                  */s/ Lisa A. Olson*
                                                  LISA A. OLSON
                                                  Senior Trial Counsel
                                                  U.S. Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  1100 L Street, N.W., Room 12200
                                                  Washington, D.C. 20005
                                                  Telephone: (202) 514-5633
                                                  Email: Lisa.Olson@usdoj.gov

                                                  *Counsel for Defendants*