UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| FRISARD'S TRANSPORTATION, L.L.C., *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. |
| UNITED STATES DEPARTMENT OF LABOR, *et al.*, | ) ) ) ) | 2:24-cv-00347-EEF-EJD |
| Defendants. | ) ) | |

**O R D E R**

Considering the Defendants' ex parte motion for extension of time to file a reply in support of their motion to dismiss or alternatively for summary judgment, and Plaintiffs having indicated no opposition thereto, IT IS ORDERED that the motion be and is hereby granted. Defendants shall have until July 12, 2024, to file their reply.

New Orleans, Louisiana, this _____ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE