# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Frisard's Transportation, L.L.C., et al.<br><br>v.<br><br>United States Department of Labor, et al. | Case No. 2:24-cv-00347<br><br><br><br>Section L (3) |

## ORDER

It has come to the Court's attention that the Plaintiffs notified the Court of their intent to appeal this Court's previous order, R. Doc. 19, denying their motion for a temporary restraining order and preliminary injunction. R. Doc. 22. Plaintiffs have since filed their appeal at the United States Court of Appeals for the Fifth Circuit. *See* Case No. 24-30223. Accordingly;

**IT IS HEREBY ORDERED** that the present matter be **STAYED** and administratively closed until the Fifth Circuit issues a ruling on Plaintiffs' appeal. After the Fifth Circuit renders its opinion, and should it be necessary, the parties are to promptly notify this Court so it can reset submission deadlines on the pending motions. *See* R. Docs. 32, 33.

New Orleans, Louisiana, this 3rd day of July, 2024.

_____
United States District Judge